# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE J. PEET, | |
| PLAINTIFF, | No. 3:10-CV-482 |
| v. | (JUDGE CAPUTO) |
| JEFFREY A. BEARD, et al., | (MAGISTRATE JUDGE CARLSON) |
| DEFENDANTS. | |

## ORDER

**NOW** this 22nd day of February, 2011, upon review of the report and recommendation of Magistrate Judge Martin C. Carlson (Doc. 27) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. No. 27) is **ADOPTED.**

(2) The motion to dismiss (Doc. 8) is **DENIED**.

(3) This matter is **RECOMMITTED** to Magistrate Judge Carlson.

A. Richard Caputo
United States District Judge