# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWRENCE PEET,** | : | **Civil No. 3:10-CV-482** |
| | : | |
| Plaintiff | : | **(Magistrate Judge Carlson)** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD, et al.,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 25th day of November, 2015, in accordance with the accompanying memorandum opinion, IT IS ORDERED that the Defendant' Motion to Bifurcate (Doc. 110) is GRANTED , the Plaintiff's complaint is dismissed, and the clerk is directed to enter judgment for the Defendants.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge