**EISENBERG ROTHWEILER**
**WINKLER EISENBERG & JECK**

For life's toughest trials℠

info@erlegal.com
PA  P: 215 546 6636  F: 215 546 0118
NJ  P: 856 751 6652  F: 856 489 1975

FREDRIC S. EISENBERG
FRED@ERLEGAL.COM
215-546-6636

December 24, 2015

magistrate_judge_carlson@pamd.uscourts.gov
**EMAIL AND FIRST CLASS MAIL**
The Honorable Martin C. Carlson
USDC, Middle District of PA
United States Courthouse
228 Walnut Street
P.O. Box 826
Harrisburg, PA  17108

    Re:   **Lawrence Peet vs. Jeffrey A. Beard, et al.**
            **USDC, Middle District of PA; Civil No. 3:10-CV-482**

Dear Judge Carlson:

    This letter is to inform the Court that the referenced case has been resolved.

                          Respectfully,

                          Fredric S. Eisenberg

FSE/nrg

cc:   **EMAIL & FIRST CLASS MAIL**
       Timothy P. Keating, Esquire
       Lindsey A. Bierzonski, Esquire
       Dino Privitera, Esquire